JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CLEAN MONEY, INC d/b/a VAPE AVENUE CHINO, SEAN ANTHONY, SABIO VERGARA, and PAUL SONG, <br><br> Defendants. | Case No. 2:22-cv-08610-AB-MAR <br><br> **FINAL JUDGMENT AND PERMANENT INJUNCTION** |

Before the Court is Plaintiff GS Holistic, LLC's ("Plaintiff") second renewed Motion for Default Judgment against Defendants Clean Money, Inc d/b/a Vape Avenue Chino, Sean Anthony, Sabio Vergara, and Paul Song (collectively, "Defendants"). (Dkt. No. 37.) Having considered Plaintiff's Motion and all documents and evidence attached thereto, and good cause shown:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment be entered in favor of Plaintiff, against Defendants Clean Money, Inc d/b/a Vape Avenue Chino, Sean Anthony, Sabio Vergara, and Paul Song:

1. Judgment is entered in the amount of **$150,597.00** (comprising statutory damages of $150,000.00 and costs of $597.00).

1.

2. Defendants, and all their agents, employees, officers, directors, owners, representatives, successor companies, related companies, and all persons acting in concert or participation with them, are **PERMANENTLY ENJOINED** from infringing upon the Stündenglass Marks directly or contributorily, in any manner, including but not limited to: importing, exporting, making, manufacturing, reproducing, assembling, using, acquiring, purchasing, offering, selling, transferring, brokering, consigning, distributing, storing, shipping, licensing, developing, displaying, delivering, marketing, advertising, or promoting the counterfeit Stündenglass product identified in the Complaint and any other unauthorized Stündenglass product, counterfeit, copy or colorful imitation thereof.

3. Pursuant to 15 U.S.C. §1118, Defendants are **ORDERED** to, at their cost, deliver to Plaintiff for destruction all products, accessories, labels, signs, prints, packages, wrappers, receptacles, advertisements, and other material in their possession, custody or control bearing any of the Stündenglass Marks.

**IT IS FURTHER ORDERED** that this Court retains jurisdiction over any matter pertaining to this Judgment.

**IT IS SO ORDERED.**

Dated: August 6, 2024

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

2.